AM
An

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

FILED
OCT 22 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

1) Milton Veran Williams

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

2) Tulsa Transit; 3) Tulsa Metro Link; 4) Scott Marr: (CEO - Tulsa Metro Link) (6) City of Tulsa; 7) (TT) Hispanic Attendant June Doe I and 8) (TT) Driver (Pauline) Jane Doe II

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 25 CV - 569 JDR - CDL

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

IFP pending
Ø summons

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Milton Veran Williams
All other names by which you have been known:
ID Number: Oklahoma I.D. (K994210347)
Current Institution: Probation (Tulsa County)
Address: 444 West Latimer Street; Apt. #209
Tulsa (City) OK (State) 74106 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Tulsa Transit System - Scott Marr
Job or Title *(if known)*: (Tulsa Bus System - CEO
Shield Number: N/A
Employer: Tulsa Transit System (Scott Marr)
Address: 510 South Rockford Avenue
Tulsa (City) OK (State) 74120 (Zip Code)
☒ Individual capacity ☒ Official capacity

Defendant No. 2
Name: Jane Doe (Hispanic Denver Ave Attendant)
Job or Title *(if known)*: Attendant at Downtown Station
Shield Number: On 10/22/2023
Employer: Tulsa Transit System
Address: 319 South Denver
Tulsa (City) OK (State) 74103 (Zip Code)
☒ Individual capacity ☒ Official capacity

Defendant No. 3

Name: Jane Doe # (Pauline)(110 bus driver)

Job or Title *(if known)*: Bus Driver (Union Representive)

Shield Number: N/A

Employer: Tulsa Transit / Metro Link

Address: 510 South Rockford Avenue

Tulsa (City) OK (State) 74120 (Zip Code)

☒ Individual capacity ☒ Official capacity

Defendant No. 4

Name: City of Tulsa

Job or Title *(if known)*: City of Tulsa Litigation Division

Shield Number: N/A

Employer: City Attorney / Tulsa County

Address: 175 East 2nd Street

Tulsa (City) OK (State) 74103 (Zip Code)

☐ Individual capacity ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1) 18 U.S.C. § 242 (Refusal to respond to Administrative Grievance;
2) Addt 14.81-5.4.6 (Statutes of Limitation and Procedural Due Process;
3) Securities Exchange Act of 1934
4) 42 U.S. Code § 14505
5) Civil Right Act of 1991 (Loss of Enjoyment of Life)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? All relevant claims

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant was obligated to provide transportation under contract made. All claims fall under color of federal law

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner (Case No. CF-2025-0889 - Tulsa County)
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On August 30, 2023, Plaintiff purchase a Reduce Fare Card and 31 day bus pass. Inadvertently attendant place incorrect date on said card. Plaintiff was denied ride on October 23, 2023 after Defendant recognized their own mistake, but refuse ride

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

At or about 11:45 AM, Defendant Pauline refuse Plaintiff a ride on october 23, 2023, due to her co-worker placing the wrong date on Plaintiff's Reduce Fare Card as if it was expired.

C. What date and approximate time did the events giving rise to your claim(s) occur?

October 23, 2023 at of about 11:45AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I called Tulsa transit (customer service) who instructed Plaintiff to walk downtown 0.6 miles under health condition of needing a knee replacement (right knee), high blood pressure and cyst hip joint (subchondral cysts and/or Labral Cysts and under going achilles tendon surgery in November, 2017

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) Complete damage to right Knee (Require Replacement)
2) Loss of equilibrium (Future Injuries!
3) Right broken arm required surgery of screws and cables

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.5 million Dollars Dagames

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

I was incarcerated for 17 years without a conviction and it was the U.S. District Court for the Eastern District (E.D. Okla.) for prison litigation. I won 3 cases between 2002 - 2006,

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) Milton Veran Williams

Defendant(s) City of Guthrie, etal

2. Court *(if federal court, name the district; if state court, name the county and State)*

U.S. District Court (W.D.Okla.) Logan County Dist Court / OCCA

3. Docket or index number

02-6332 ; 06/12/2003 / F-2002-808

4. Name of Judge assigned to your case

N/A

5. Approximate date of filing lawsuit

N/A

6. Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) Milton Veran Williams

Defendant(s) District Nine Drug Task Force, et al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

   ; Williams v. Taylor, 6:12-cv-00257

4. Name of Judge assigned to your case

   (Judge Robert E. Bacharach) CIV-03-281-C (Robin J. Cauthron)

5. Approximate date of filing lawsuit

   1998, 2000, 2002, 2004, 2006, 2012, 2016, etc.

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition Don't recall w/o research

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Won appeal in the 10th Circuit (03-6212 (Williams v. City of Guthrie; 02-6

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/22/2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Milton V. Williams
Prison Identification #: N/A
Prison Address: 444 W. Latimer St.; Apt. #209
Tulsa (City) OK (State) 74106 (Zip Code)

**B. For Attorneys**

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A (City) N/A (State) N/A (Zip Code)

Telephone Number: N/A
E-mail Address: N/A

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at Tulsa, OK (Location) on 10/22/2025 (Date).

[signature]
Original Signature of Plaintiff)

Milton Veran Williams (Pro se)
444 West Latimer Street; Apt. #209
Tulsa, OK 74106
(539) 430-5944

(Attached Ex # 1(a))

OSU MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY

**ED Provider Note**

**ED Provider Notes by Shane B Hnatusko, DO at 10/23/2023 1806**

Author: Shane B Hnatusko, DO
Filed: 10/24/2023 1:00 AM
Editor: Shane B Hnatusko, DO (Physician)
Service: Emergency Medicine
Date of Service: 10/23/2023 6:06 PM
Author Type: Physician
Status: Signed

## EMERGENCY DEPARTMENT ENCOUNTER

### CHIEF COMPLAINT

**Chief Complaint**

Patient presents with

- Hypertension

### HPI

Milton Williams is a 62 y.o. male who presents by EMS for concerns of near syncopal episode prior to arrival. Patient states that he ran out of his blood pressure medication this morning. He states he went to give plasma and his blood pressure was fine. He states that he went to get on the bus to go home and was unable to ride due to an expired token. Patient states that he then had to walk 10 miles to get home. He states in the process of doing so he became sweaty, dizzy and felt lightheaded. He states that his symptoms abided with rest. He had to wait 30 minutes to an hour for EMS to show up. He states that he otherwise has felt well since EMS evaluated him. He denied any chest pain, shortness of breath, back pain, nausea, vomiting, focal numbness or weakness. No headache, visual changes, tinnitus or vertigo. No ripping or tearing back pain. No abdominal pain. No ataxia. all of his symptoms have resolved at this time. He is requesting a refill for his blood pressure medication.

Historian was the patient

### PAST MEDICAL HISTORY

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Chronic pain | |
| • Drug abuse (HCC) | |
| • Hypertension | |
| • Peripheral neuropathy | 12/3/2022 |
| • Primary hypertension | 12/3/2022 |

### SURGICAL HISTORY

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • NASAL SEPTUM SURGERY | | |

### SOCIAL HISTORY

reports that he does not currently use alcohol.
reports that he does not currently use drugs.

(Attached Ex # 1(b))

OSU MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

ED Provider Note (continued)

reports that he has quit smoking. He has never used smokeless tobacco.

## FAMILY HISTORY

History reviewed. No pertinent family history.

## CURRENT MEDICATIONS

**Current Outpatient Rx**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amLODIPine (NORVASC) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every 1 (one) day | 30 tablet | 0 |
| • gabapentin (NEURONTIN) 800 mg tablet | Take 800 mg by mouth 3 (three) times a day | | |

## ALLERGIES

**Allergies**

| Allergen | Reactions |
|---|---|
| • Lisinopril | Swelling |

## REVIEW OF SYSTEMS

**General:** There are no fevers, chills, or fatigue.
**Head**: No headache, no trauma.
**Eyes:** No visual changes, no drainage from the eyes, no eye pain.
**Ears:** No ear pain, no hearing changes.
**Nose:** No epistaxis, no drainage.
**Throat**: No sore throat
**Neck:** No neck pain or stiffness.
**Heart:** No chest pain or palpitations.
**Lungs**: No cough, no shortness of breath
**Abdomen:** No nausea or vomiting, no diarrhea or constipation, no abdominal pain, no blood in the stool or dark tarry stool.
**Genitourinary:** Denies dysuria, frequency or discharge.
**Neuro**: See HPI\
**Musculoskeletal:** No joint ache or pain, no back pain
**Skin:** No rashes, hives, or lesions.
**Hematopoietic:** No history of easy bleeding or bruising.
All other systems reviewed and negative except as stated above.

## PHYSICAL EXAM

### TRIAGE VITAL SIGNS:

ED Triage Vitals [10/23/23 1607]

| | |
|---|---|
| Temp | **36.9 °C** |
| Heart Rate | **76** |

Printed on 7/9/25 11:20 AM
Page 2

(Attached Exh. #10(c))

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted]1, Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

**10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)**

**ED Provider Note (continued)**

| | |
|---|---|
| Resp | **17** |
| BP | **157/89** |
| SpO2 | **99 %** |
| Height | **1.829 m** |
| Weight | **86.5 kg** |
| Pain Score | **0** |

**General Appearance:**Awake, alert, appropriate and in no distress. Nondiaphoretic. Not marfanoid
**Head:** Normocephalic and atraumatic.
**Eyes:** Pupils equal, round and reactive to light. Extraocular muscles are intact. No conjunctival injection, no icterus.
**Ears:** External auditory canals and tympanic membranes appear normal.
**Nose:** No rhinorrhea, no epistaxis.
**Throat:** No tonsillar hypertrophy. No exudate. Mucous membranes are moist.
**Neck:** Nontender and supple. No nuchal signs. No jugular venous distention. No adenopathy.
**Heart:** regular rate and rhythm. No murmurs, rubs or clicks. Symmetric pulses in all extremities. Cap refill is in 2 seconds.
**Lungs:** Clear and equal to auscultation. No rales, rhonchi or wheezing.
**Abdomen**: soft and nontender. No masses and no peritoneal signs.
**Musculoskeletal:** No bony tenderness. No obvious deformity. No cyanosis or edema. There are good pulses present.
**Neurologic:** Cranial nerves II through XII intact. Motor and sensation intact. Normal finger-to-nose. Normal heel shin. GCS 15. DTRs 2+. No pronator drift. Normal gait. Negative Romberg.
**Skin:** No rash or lesions. Warm and dry. Normal capillary refill.

## MDM / Procedures

### Medical Decision Making

EKG obtained shows sinus bradycardia with a ventricular to 58, PR 138, QRS 88, QTc 455, criteria for LVH precordial leads with mild biphasic T wave in V4 and V6. No ST elevation or depression. Normal axis.

Patient is a 62-year-old male present with the above complaint. History physical documented above in conjunction with attending physician. Nursing note and triage vitals reviewed. Patient is hypertensive on arrival however has history of hypertension not on his blood pressure medication. He is in no distress. Patient otherwise with a rather benign physical exam. Given his near syncopal episode and recent exertional state and heat exposure laboratory evaluation was obtained. Patient's chemistry and hemogram were unremarkable. No electrolyte dyscrasias or kidney injury. Patient CK was slightly elevated to 75 though largely unremarkable outside of that. He is tolerating p.o. intake. He is given 1 L of normal saline. Troponin was less than 0.05. Chest x-ray obtained showed no acute cardiopulmonary process.

Given the patient's abnormal EKG in the setting of his presentation we did discuss observation the hospital versus outpatient follow-up. The patient wishes to pursue outpatient follow-up at this time. Patient was given emergent return precautions recommendations for outpatient supportive care. All questions were answered and he was discharged in stable condition.

Printed on 7/9/25 11:20 AM Page 3

(Attached Exh. #1 (d))

MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

ED Provider Note (continued)

Procedures

## Resident/ED Attending Note Participation

I have participated in the care of the patient along with Luth, James A

I have reviewed the note and have examined the patient. I agree with the assessment and plan as it has been stated. I agree with EKG as stated.

I did have a separate conversation with this individual regarding his age, risk factors, abnormal EKG and complaints. We did discuss hospitalization for cardiac telemetry, ACS rule out, and further work-up as indicated. Patient adamantly declined. States he would like to discharge home. He does request a blood pressure refill. He is understanding of our recommendations for further monitoring, but feels that this is unnecessary. He is alert and oriented x4 with a GCS of 15. He does demonstrate capacity for rational decision making, therefore has autonomy will be respected and we will discharge him per his request. I have asked that he seek follow-up with his primary provider in the next 1 to 2 days or return promptly to the emergency department any new, worsening, further concerning symptoms or if he changes his mind. Patient thanked us for his care, and discharged in stable condition.

Shane B Hnatusko, DO

## ED Course / Clinical Impression

### Clinical Impression

| Diagnosis | Description | Comment | Added By | Time Added | Associated Orders |
|---|---|---|---|---|---|
| Final diagnoses | | | | | |
| **Near syncope [R55]** | Near syncope | -- | James A Luth, DO | 10/23/2023 1806 | -- |
| **Encounter for medication refill [Z76.0]** | Encounter for medication refill | -- | James A Luth, DO | 10/23/2023 1806 | -- |

Labs Reviewed

**CK - Abnormal; Notable for the following components:**

| Result | Value |
|---|---|

Printed on 7/9/25 11:20 AM

Page 4

(Attached Exh. #1(e))

OSU MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

**10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)**

**ED Provider Note (continued)**

CK 275 (*)
All other components within normal limits

**BMP - Normal**
**POCT GLUCOSE LEVEL,BEDSIDE BY GLUCOMETER - Normal**
**HEMOGRAM**
**TROPONIN I**

**Imaging Results**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| **X-Ray Chest 1 View [447318496]** | | | | Collected: 10/23/23 2253 |
| Order Status: Completed | | | | Updated: 10/23/23 2258 |

Narrative:

Reason for Exam: Near syncope.
EXAM: CHEST ONE VIEW .

(NO COMPARISON AVAILABLE)

FINDINGS: No focal airspace disease, pleural effusion or pneumothorax. The cardiomediastinal silhouette is unremarkable.

Impression:

No acute cardiopulmonary disease detected.

All reports both verbal and nonverbal are conducted in the Central Time zone unless otherwise specified.

By Michael J. Golden, M.D. (Radiologist)
Electronically signed by MICHAEL J. GOLDEN, M.D. 10/23/2023 - 22:53:36

L:569 R:mjg: T:mjg (dia360VR)

Medications

**sodium chloride 0.9% (NS) bolus 1,000 mL (0 mL Intravenous Stopped 10/23/23 1836)**
**amLODIPine (NORVASC) tablet 10 mg (10 mg Oral Given 10/23/23 1817)**

Printed on 7/9/25 11:20 AM
Page 5

(Attached Exh. #1(F))

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**ED Provider Note (continued)**

Shane B Hnatusko, DO
10/24/23 0100

Electronically signed by Shane B Hnatusko, DO at 10/24/2023 1:00 AM

## Labs

### Lab

**Hemogram (Final result) [447318487]**

Electronically signed by: **James A Luth, DO on 10/23/23 1708**
Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708
Ordering provider: James A Luth, DO
Authorized by: James A Luth, DO
Ordering mode: Standard
Frequency: STAT Once 10/23/23 1710 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: James A Luth, DO (auto-released) 10/23/2023 5:09 PM

**Provider Details**

| Provider | NPI |
|---|---|
| James A Luth, DO | 1871120626 |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23H296OH0276 | Blood | — | Sacha W Wycoff, RN 10/23/23 1714 |

**Hemogram [447318487]**
Resulted: 10/23/23 1731, Result status: Final result

Ordering provider: James A Luth, DO 10/23/23 1709
Order status: Completed
Filed by: Lab, Background User 10/23/23 1731
Collected by: Sacha W Wycoff, RN 10/23/23 1714
Resulting lab: OKLAHOMA STATE UNIVERSITY MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.2 | 4.6 - 12.4 K/cmm | — | 60 |
| RBC | 5.35 | 3.98 - 5.64 M/cmm | — | 60 |
| Hgb | 15.4 | 12.8 - 17.4 g/dL | — | 60 |
| Hct | 45.8 | 36.6 - 49.4 % | — | 60 |
| MCV | 85.6 | 80.0 - 100.0 cmic | — | 60 |
| MCHC | 33.6 | 32.2 - 36.7 g/dL | — | 60 |
| RDW | 13.6 | 10.5 - 14.1 % | — | 60 |
| Plt | 221 | 150 - 440 K/cmm | — | 60 |
| MPV | 7.4 | 6.1 - 9.6 fL | — | 60 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **60 - Unknown** | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | Luis Soto, M.D. | 744 West 9th Street Tulsa OK 74127 | 12/15/20 0934 - Present |

(Attached Exh. #1(g))

MEDICAL CENTER OSU MEDICAL CENTER 744 WEST 9TH STREET TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Labs (continued)**

**BMP (Final result) [447318488]**

Electronically signed by: **James A Luth, DO on 10/23/23 1708** Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708
Ordering provider: James A Luth, DO
Authorized by: James A Luth, DO
Ordering mode: Standard
Frequency: STAT Once 10/23/23 1710 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: James A Luth, DO (auto-released) 10/23/2023 5:09 PM

**Provider Details**

| Provider | NPI |
|---|---|
| James A Luth, DO | 1871120626 |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23H296OC0277 | Blood | — | Sacha W Wycoff, RN<br>10/23/23 1714 |

**BMP [447318488] (Normal)** Resulted: 10/23/23 1737, Result status: Final result

Ordering provider: James A Luth, DO 10/23/23 1709
Order status: Completed
Filed by: Lab, Background User 10/23/23 1737
Collected by: Sacha W Wycoff, RN 10/23/23 1714
Resulting lab: OKLAHOMA STATE UNIVERSITY MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gluc | 81 | 70 - 110 mg/dL | — | 60 |
| BUN | 13 | 5 - 25 mg/dL | — | 60 |
| Creat | 1.01 | 0.72 - 1.25 mg/dL | — | 60 |
| CO2 | 24 | 21 - 32 mmol/L | — | 60 |
| Cl | 105 | 96 - 112 mmol/L | — | 60 |
| Na | 140 | 135 - 146 mmol/L | — | 60 |
| K | 4.1 | 3.5 - 5.0 mmol/L | — | 60 |
| Ca | 8.6 | 8.5 - 10.7 mg/dL | — | 60 |
| Anion Gap | 11 | 5-17 mmol/L mmol/L | — | 60 |
| eGFRcr | 84 | >=60 | — | 60 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **60 - Unknown** | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | Luis Soto, M.D. | 744 West 9th Street<br>Tulsa OK 74127 | 12/15/20 0934 - Present |

**Troponin I (Final result) [447318489]**

Electronically signed by: **James A Luth, DO on 10/23/23 1708** Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708
Ordering provider: James A Luth, DO
Authorized by: James A Luth, DO
Ordering mode: Standard
Frequency: STAT Today 10/23/23 1710 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: James A Luth, DO (auto-released) 10/23/2023 5:09 PM

**Provider Details**

| Provider | NPI |
|---|---|
| James A Luth, DO | 1871120626 |

(Attached Exh. #1(h))

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

### Labs (continued)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23H296OC0277 | Blood | — | Sacha W Wycoff, RN<br>10/23/23 1714 |

**Troponin I [447318489]** Resulted: 10/23/23 1744, Result status: Final result

Ordering provider: James A Luth, DO 10/23/23 1709
Order status: Completed
Filed by: Lab, Background User 10/23/23 1744
Collected by: Sacha W Wycoff, RN 10/23/23 1714
Resulting lab: OKLAHOMA STATE UNIVERSITY MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Troponin I | <0.05 | 0.00 - 0.04 ng/mL | — | 60 |
| Interpretation | — | — | — | 60 |

Result: Immunochemical evidence does not suggest myocardial injury at this time. Elevated CK or CKMB with normal Troponin I may indicate damage to skeletal muscle, such as trauma or rhabdomyolyis; however acute onset cardiac injury less than 4 hours old cannot be excluded with a single specimen. Serial determinations at timed intervals may be required to detect elevated levels and are recommended to rule out acute myocardial damage.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 60 - Unknown | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | Luis Soto, M.D. | 744 West 9th Street<br>Tulsa OK 74127 | 12/15/20 0934 - Present |

**CK (Final result) [447318490]**

Electronically signed by: **James A Luth, DO on 10/23/23 1708**
Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708
Ordering provider: James A Luth, DO
Authorized by: James A Luth, DO
Ordering mode: Standard
Frequency: STAT Once 10/23/23 1710 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: James A Luth, DO (auto-released) 10/23/2023 5:09 PM

**Provider Details**

| Provider | NPI |
|---|---|
| James A Luth, DO | 1871120626 |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23H296OC0277 | Blood | — | Sacha W Wycoff, RN<br>10/23/23 1714 |

**CK [447318490] (Abnormal)** Resulted: 10/23/23 1744, Result status: Final result

Ordering provider: James A Luth, DO 10/23/23 1709
Order status: Completed
Filed by: Lab, Background User 10/23/23 1744
Collected by: Sacha W Wycoff, RN 10/23/23 1714
Resulting lab: OKLAHOMA STATE UNIVERSITY MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CK | 275 | <=225 U/L | H ^ | 60 |

(Attached Exh #1 (i))

MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Labs (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **60 - Unknown** | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | Luis Soto, M.D. | 744 West 9th Street Tulsa OK 74127 | 12/15/20 0934 - Present |

**Point of Care Testing-Docked Device**

**Glucose Level,Bedside by Glucometer (Final result) [447318498]**

Electronically signed by: **Interface, Lab Instrument Results In on 10/23/23 1738** Status: **Completed**
Ordering user: Interface, Lab Instrument Results In 10/23/23 1738
Authorized by: Shane B Hnatusko, DO
Ordering mode: Standard
Frequency: Routine Once 10/23/23 1749 - 1 occurrence
Class: Unit Collect
Quantity: 1
Lab status: Final result
Instance released by: Interface, Lab Instrument Results In (auto-released) 10/23/2023 5:47 PM

**Provider Details**

| Provider | NPI |
|---|---|
| Shane B Hnatusko, DO | 1407215460 |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 23H296OR0204 | Blood | — | 10/23/23 1738 |

**Glucose Level,Bedside by Glucometer [447318498] (Normal)** Resulted: 10/23/23 1748, Result status: Final result

Order status: Completed
Collected by: 10/23/23 1738
Filed by: Lab, Background User 10/23/23 1748
Resulting lab: OKLAHOMA STATE UNIVERSITY MEDICAL CENTER

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gluc Bedside | 81 | (70-110 mg/dL - expected results in non-diabetic, non-pregnant patients. <140 mg/dL - 2 hrs after 75g of glucose.) mg/dL | — | 60 |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **60 - Unknown** | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | Luis Soto, M.D. | 744 West 9th Street Tulsa OK 74127 | 12/15/20 0934 - Present |

Printed on 7/9/25 11:20 AM Page 9

(Attached Exh. #1(j))

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Cardiac MRI, Device Clinic, Imaging, Neurology, PFT Reports**

**Completed**

### Orders

**X-Ray Chest 1 View [447318486]**

Electronically signed by: **James A Luth, DO on 10/23/23 1708** Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708 Ordering provider: James A Luth, DO
Authorized by: James A Luth, DO
Frequency: STAT Once 10/23/23 1710 - 1 occurrence

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | near syncope |

### Results

**Study Result**

Narrative & Impression
Reason for Exam: Near syncope.
EXAM: CHEST ONE VIEW .

(NO COMPARISON AVAILABLE)

FINDINGS: No focal airspace disease, pleural effusion or pneumothorax. The cardiomediastinal silhouette is unremarkable.

IMPRESSION

No acute cardiopulmonary disease detected.

All reports both verbal and nonverbal are conducted in the Central Time zone unless otherwise specified.

By Michael J. Golden, M.D. (Radiologist)
Electronically signed by MICHAEL J. GOLDEN, M.D. 10/23/2023 - 22:53:36

L:569 R:mjg: T:mjg (dia360VR)

**Exam Details**

| Performed Procedure | Technologist | Supporting Staff | Performing Physician |
|---|---|---|---|
| X-Ray Chest 1 View | Susan L Allen, ARRT | | |

| Appointment Date/Status | Modality | Department |
|---|---|---|
| 10/23/2023 Completed | OSH ER XR | OSH DX RADIOLOGY |

| Begin Exam | End Exam | End Exam Questionnaires |
|---|---|---|
| 10/23/2023 5:15 PM | 10/23/2023 5:20 PM | RIS END EXAM CHEST |

(Attached Exh. #1(k))

MEDICAL CENTER
OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

**10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)**

Signed By: Michael J Golden, MD on 10/23/2023 10:56 PM

## Procedures

### ECG

#### ECG 12 Lead (Final result) [447318492]

Electronically signed by: **James A Luth, DO on 10/23/23 1708** Status: **Completed**
Ordering user: James A Luth, DO 10/23/23 1708
Authorized by: James A Luth, DO
Frequency: STAT Once 10/23/23 1710 - 1 occurrence
Quantity: 1
Ordering provider: James A Luth, DO
Ordering mode: Standard
Class: ED Performed
Lab status: Final result
Instance released by: James A Luth, DO (auto-released) 10/23/2023 5:09 PM

**Provider Details**

| Provider | NPI |
|---|---|
| James A Luth, DO | 1871120626 |

**Questionnaire**

| Question | Answer |
|---|---|
| What time was the EKG completed? | 5:32 PM |
| Date EKG Completed | 10/23/2023 |
| Provider Viewed and Signed EKG? | YES |
| Provider Name that Signed | hnatusko |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 367521 | — | — | 10/23/23 1733 |

**ECG 12 Lead [447318492]** Resulted: 11/14/23 0937, Result status: Final result

Ordering provider: James A Luth, DO 10/23/23 1709
Filed by: Interface, Lab In Hlseven 11/14/23 0937
Resulting lab: MUSE
Order status: Completed
Collected by: 10/23/23 1733

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ECG | -- | — | — | MUSE |

Result:
Test Reason :
Blood Pressure : ***/*** mmHG
Vent. Rate : 058 BPM Atrial Rate : 058 BPM
P-R Int : 138 ms QRS Dur : 088 ms
QT Int : 464 ms P-R-T Axes : 036 -18 063 degrees
QTc Int : 455 ms

Sinus bradycardia
Left ventricular hypertrophy with repolarization abnormality

Printed on 7/9/25 11:20 AM Page 11

(Attached Exh. #1(I))

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Procedures (continued)**

Abnormal ECG

Confirmed by Kim, Steve (308) on 11/14/2023 9:37:45 AM

Referred By: Confirmed By:Steve Kim

View Image (below)

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **19 - MUSE** | MUSE | Unknown | Unknown | 06/07/13 1117 - Present |

(Attached Exh. #) (50)

**OSU MEDICAL CENTER**
744 WEST 9TH STREET
TULSA OK 74127-9020

**MEDICAL CENTER**

Williams, Milton
MRN: 71080102, DOB: ~~████████~~, Legal Sex: M
Adm: 10/23/2023,  Disch: 10/23/2023

---

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Documents**

### Ambulance Run Sheet - Scan on 10/23/2023 11:46 PM

Clinical date/time: 10/23/2023 0000
Description: —
Scan (below)

User: **Krystal C Mills**
Status: **Received**

023-10-23 23:04 CDT -                                                  +14646467623      PAGE 1/

**Emergency Medical Services Authority - East**
Patient Care Record
Name: WILLIAMS, MILTON                 Incident #: 23294558              Date: 10/23/2023     Patient 1 of 1

| Patient Information | | | | Clinical Impression | |
|---|---|---|---|---|---|
| Last | WILLIAMS | Address | 444 W LATIMER ST | Primary Impression | Hypertension |
| First | MILTON | Address 2 | | Secondary Impression | |
| Middle | | City | Tulsa | Protocols Used | Universal Patient Care - General |
| Gender | Male | State | OK | Local Protocol Provided Care Level | |
| DOB | 07/23/1961 | Zip | 74106 | Anatomic Position | General/Global |
| Age | 62 Yrs, 3 Months, 0 Days | Country | US | Onset Time | |
| Weight | 194.0 lbs - 88.0 kg | Tel | Home Mobile - 9184084176 | Last Known Well | |
| Height | | Physician | | Chief Complaint | Hypertension |
| Pedi Color | | Ethnicity | Not Hispanic or Latino | Duration | 1 | Units | Hours |
| SSN | 441685876 | | | Secondary Complaint | |
| Race | Black or African American | | | Duration | | Units | |
| Advance Directives | None | | | Patient's Level of Distress | |
| Resident Status | | | | Signs & Symptoms | Hypertension (Primary) |
| Patient Resides in Service Area | | | | Injury | . . . |
| Temporary Residence Type | | | | Additional Injury | |
| | | | | Mechanism of Injury | |
| | | | | Medical/Trauma | Medical |
| | | | | Barriers of Care | None Noted |
| | | | | Alcohol/Drugs | None Reported |
| | | | | Pregnancy | No |
| | | | | Initial Patient Acuity | Lower Acuity (Green) |
| | | | | Final Patient Acuity | |
| | | | | Patient Activity | |

| Medications/Allergies/History/Immunizations | |
|---|---|
| Medications | Amlodipine |
| Allergies | No known allergies |
| History | Hypertension (HTN) |
| Immunizations | |
| Last Oral Intake | |

| Vital Signs | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | SG | Temp | Pain | GCS(E+V+M)/Qualifier | RASS | RTS | PTS |
| 15:33 | Alert | L | Lay | 172/94 M | 72 R | 18 R | 98 Rm | | | 107 | | | 15=4 + 5 = 6 /NQ | | 12 | |
| 15:47 | Alert | L | Lay | 164/90 M | 80 R | 16 R | 100 Rm | | | | | | 15=4 + 5 = 6 /NQ | | 12 | |

| Assessments | | | | |
|---|---|---|---|---|
| Assessment Time: 10/23/2023 15:33:01 | | | | |
| Category | Comments | Subcategory | | |
| Mental Status | | Mental Status | ✓ | Oriented - Event  •  Oriented - Person  •  Oriented - Place  •  Oriented - Time |
| Skin | | Skin | | No Abnormalities |
| HEENT | | Face | | Not Assessed |
| | | Head | | Not Assessed |
| | | Eyes | | Both Eyes: PERRL |
| | | Neck | | Not Assessed |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | | Not Assessed |
| Abdomen | | General | | Not Assessed |
| Back | | Back | | Not Assessed |
| Pelvis/GU/GI | | Pelvis/GU/GI | | Not Assessed |
| Extremities | | Left Arm | | Not Assessed |
| | | Right Arm | | Not Assessed |
| | | Left Leg | | Not Assessed |
| | | Right Leg | | Not Assessed |
| Neurological | | Neurological | | Normal Baseline For Patient |

Run Number: 23-E-245509
Hospital Chart Number: 417833147

Page 1 of 7

10/23/2023 18:01:51
PCRID: c7b38334-159b-42dc-ba73-b0a400ff55b4
Electronically Signed by: ESSEX, DYLAN
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAABEIi=4=

(Attached Exh. #1)



| OSU MEDICAL CENTER | Williams, Milton |
|---|---|
| 744 WEST 9TH STREET | MRN: 71080102, DOB: ████████, Legal Sex: M |
| TULSA OK 74127-9020 | Adm: 10/23/2023, Disch: 10/23/2023 |

**MEDICAL CENTER**

---

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Documents (continued)**

'023-10-2S 23:04 CDT -                                                           +14646467623    PAGE 2/

**Emergency Medical Services Authority - East**
Patient Care Record
Name: WILLIAMS, MILTON                  Incident #: 23294358          Date: 10/23/2023    Patient 1 of 1

### Assessments

Assessment Time: 10/23/2023 15:47:14

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | ✓ | Oriented - Event • Oriented - Person • Oriented - Place • Oriented - Time |
| Skin | | Skin | | No Abnormalities |
| HEENT | | Face | | Not Assessed |
| | | Head | | Not Assessed |
| | | Eyes | | Both Eyes: PERRL |
| | | Neck | | Not Assessed |
| Chest | | Chest | | Not Assessed |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | | Not Assessed |
| Abdomen | | General | | Not Assessed |
| Back | | Back | | Not Assessed |
| Pelvis/GU/GI | | Pelvis/GU/GI | | Not Assessed |
| Extremities | | Left Arm | | Not Assessed |
| | | Right Arm | | Not Assessed |
| | | Left Leg | | Not Assessed |
| | | Right Leg | | Not Assessed |
| Neurological | | Neurological | | Normal Baseline For Patient |

### Narrative

C - 62 yo male CC Hypertension

H - Pt reports that he has been out of his hypertensive medication for a day, he said that his bus pass got messed up so he had to walk 10 miles and think had caused his blood pressure to be really high. Pt denies any pain. Pt's history, medications, and allergies were obtained and documented.

A - Pt is was ambulatory on scene at EMS arrival, A&Ox4 GCS 15, speaking clearly in full sentences without apparent difficulty speaking between breaths. Pt's skin is normal in color, warm, and dry. Pt's pupils are equal and reactive. Pt's work of breathing appears normal with adequate and symmetrical chest rise and fall. Pt's radial pulse is regular and strong. Pt's vitals reveal hypertensive BP, normal RR, and Pt SOL is 107. Pt is placed in a position of comfort. Pt rests without further complaint while vitals remain stable throughout the remainder of EMS transport and care.

R - Assessment, vitals, Reassessment

T - Pt is able to ambulate with assistance to EMS cot and is secured with straps x5 and side rails engaged. Pt is transported to Oklahoma State University Medical Center per pt request. Verbal report is given to ED RN at bedside. Pt condition is unchanged at the time of transfer of care.

### Specialty Patient - Oklahoma Trauma Triage

| Trauma Triage Criteria | |
|---|---|
| Patient Priority Status | |
| TReC Notified | No |
| TReC Tracking Number | |
| Destination Referred by TReC | No |

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Bus Station | Disposition | Transported No Lights/Siren | PSAP Call | 15:17:53 |
| Location | BUS (CITY-MAIN TERMINAL) | Unit Disposition | | Dispatch Notified | |
| Address | 319 S DENVER AVE | Patient Evaluation and/or Care Disposition | | Call Received | 15:17:53 |
| Address 2 | LOBBY | Crew Disposition | | Dispatched | 15:18:45 |
| Mile Marker | | Transport Disposition | | En Route | 15:19:51 |
| City | Tulsa | Reason for Refusal or Release | | Staged | |
| County | Tulsa | Transport Mode Descriptors | No Lights or Sirens | Resp on Scene | |
| State | OK | Transport Due To | Patient's Choice | On Scene | 15:26:04 |
| Zip | 74103 | Transported To | OKLAHOMA STATE UNIVERSITY MEDICAL CENTER | At Patient | 15:27:00 |
| Country | US | Requested By | Patient | Care Transferred | |
| Medic Unit | BLS111 | Destination | Hospital | Depart Scene | 15:44:15 |
| Medic Vehicle | BLS111 | Department | Emergency Room | At Destination | 15:47:40 |
| Run Type | 911 Response | Address | 744 W 9TH ST | Pt. Transferred | 15:56:00 |
| Response Mode | Emergent | Address 2 | | Call Closed | 16:11:07 |

Run Number: 23-E-245900
Hospital Chart Number: 417533147

Page 2 of 7

10/23/2023 13:03:53
PCRID: c7b3334-159b-4c0c-ba73-b0a400ff55b4
Electronically Signed by: ESSEX, DYLAN
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAABEd+H=

---

(Attached Exh. #5(c))

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

### Documents (continued)

023-10-23 23:04 CDT - +14646467623 PAGE 3/

**Emergency Medical Services Authority - East**
Patient Care Record

Name: WILLIAMS, MILTON Incident #: 23294558 Date: 10/23/2023 Patient 1 of 1

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Response Mode Descriptors | No Lights or Sirens | City | TULSA | In District | |
| Shift | | County | Tulsa | At Landing Area | |
| Zone | | State | Oklahoma | | |
| Level of Service | | Zip | 74127 | | |
| EMD Complaint | Sick Person | Country | US | | |
| EMD Card Number | 26A02 | Zone | Eastern Division | | |
| Dispatch Priority | Priority 2 (Emergent) | Condition at Destination | Unchanged | | |
| | | State Wristband # | | | |
| | | Destination Record # | | | |
| | | Trauma Registry ID | | | |
| Alternative Disposition Offered | | | | | |

| Crew Members | | |
|---|---|---|
| Personnel | Role | Certification Level |
| ESSEX, DYLAN | Lead | 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674, 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674, 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674 |
| MILLER, JACOB | Driver | 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984, 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984, 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 77984 |

| Insurance Details | | | | | |
|---|---|---|---|---|---|
| Insured's Name | MILTON WILLIAMS | Primary Payer | Medicaid | Dispatch Nature | |
| Relationship | Self | Medicare | | Response Urgency | |
| Insured SSN | 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 | Medicaid | | Job Related Injury | |
| Insured DOB | 07/23/1961 | Primary Insurance | F-Oklahoma Medicaid | Employer | |
| Address1 | 444 W LATIMER ST | Policy # | | Contact | |
| Address2 | | Primary Insurance Group Name | | Phone | |
| Address3 | | Group # | | Mileage to Closest Hospital | |
| City | Tulsa | Secondary Ins | | | |
| State | OK | Policy # | | | |
| Zip | 74106 | Secondary Insurance Group Name | | | |
| Country | US | Group # | | | |

| Mileage | | Delays | | Additional Agencies |
|---|---|---|---|---|
| Scene | 1.0 | Category | Delays | |
| Destination | 1.7 | Dispatch Delays | None/No Delay | |
| Loaded Miles | 0.7 | Response Delays | None/No Delay | |
| Start | | Scene Delays | None/No Delay | |
| End | | Transport Delays | None/No Delay | |
| Total Miles | | Turn Around Delays | None/No Delay | |

| Personal Items | | |
|---|---|---|
| Item | Given To | Comment |
| Other | Left with patient | Back pack |

| Patient Transport Details | | | |
|---|---|---|---|
| How was Patient Moved to Ambulance | Assisted/Walk | How was Patient Moved From Ambulance | Stretcher |
| Patient Position During Transport | Semi-Fowlers | Condition of Patient at Destination | Unchanged |

*Run Number: 23-E-245509*
*Hospital Chart Number: 417833147*

*Page 3 of 7*

*10/23/2023 18:03:53*
*PCRID: c7b33334-159b-42dc-ba73-b0a400ff55b4*
*Electronically Signed by: ESSEX, DYLAN*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAABEI+A=*

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

### Documents (continued)

023-10-23 23:04 CDT - +14646467623 PAGE 4/

**Emergency Medical Services Authority - East**
Patient Care Record

**Name:** WILLIAMS, MILTON **Incident #:** 23294558 **Date:** 10/23/2023 Patient 1 of 1

**Billing Authorization**

| Authorization | English |
|---|---|

**Section I - Patient / Parent of Minor Authorization Signature**

Billing Authorization I hereby authorize EMSA or its contractor to provide transportation and any medical treatment or services deemed necessary by EMSA or its contract. I acknowledge that I am responsible for paying EMSA for all charges related to me or my dependents transport, regardless of whether or not I personally requested the ambulance service originally. I hereby assign to EMSA all my rights and benefits for the ambulance service provided by any and all of my insurers and third party agencies. Further, I hereby authorize my insurers and any third party agencies to directly pay EMSA for services rendered by EMSA. I hereby authorize any holder of health information about me or my dependents to release any such information needed to determine insurance and other third party benefits payable for any services provided in the past, now or in the future. I understand that the information authorized for release may include information about communicable or noncommunicable disease, or may indicate that I have been treated for a psychological condition or substance abuse. HIPAA Privacy Notice I have been offered a copy of EMSA's Privacy Notice. I understand I have the right to request a copy of EMSA's privacy notice explaining my rights about my health information, I understand I have choices on how my health information is shared, and I understand EMSA will use and discloses my health information for treatment, to run the organization, and to bill for services, and will release my information as it pertains to the law. I understand the privacy notice is available upon request, at EMSA's offices, and on their web site at https://emsaonline.com/wp-content/uploads/2019/11/EMSA_HIPPAPoster.pdf

**Signature**

| Signed On | 10/23/2023 15:48:11 |
|---|---|
| Notice of Privacy Practices Provided | Yes |
| Billing Authorization | Agree |
| HIPAA Acknowledgement | Agree |

**Section II - Authorized Representative Signature**

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following:(Check one)

- ___ Patient's Legal Guardian
- ___ Patient's Medical Power of Attorney
- ___ Relative or other person who receives benefits on behalf of the patient
- ___ Relative or other person who arranges treatment or handles the patient's affairs
- ___ Representative of an agency or institution that provided care, services or assistance to patient

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

**Signature**

| Signed On | |
|---|---|
| Printed Name | |
| Reason unable to sign | |

*Run Number: 23-E-245509*
*Hospital Chart Number: 417833147*

*10/23/2023 18:03:53*
*PCRID: c7b35334-159b-42dc-ba73-b0a400ff55b4*
*Electronically Signed by: ESSEX, DYLAN*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAABEI+A=*

(Attached Exh. #1(g))

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

### Documents (continued)

023-10-23 23:04 CDT - +14646467623 PAGE 5/

**Emergency Medical Services Authority - East**
Patient Care Record

**Name:** WILLIAMS, MILTON **Incident #:** 23294558 **Date:** 10/23/2023 Patient 1 of 1

**Section III - EMS Personnel and Facility Signatures**

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

**EMS Personnel Signature**

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**

| | |
|---|---|
| **Signed On** | |
| **Printed Name** | |
| **Reason unable to sign** | |

**Facility Representative Signature**

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**

| | |
|---|---|
| **Signed On** | |
| **Printed Name** | |
| **Title of Representative** | |

**Facility Signatures**

| | |
|---|---|
| **Signed On** | |
| **Receiving** | |

| | |
|---|---|
| **Signed On** | |
| **Paperwork Received** | |

| | |
|---|---|
| **Signed On** | |
| **Airway Confirmation** | |

*Run Number: 23-E-245509*
*Hospital Chart Number: 417833147*

*Page 5 of 7*

*10/23/2023 18:03:53*
*PCRID: c7b38334-159b-42dc-ba73-b0a400ff55b4*
*Electronically Signed by: ESSEX, DYLAN*
*Template Version: PCR-EXTRACT-1.3.1*
*Data Version: AAAAABEII+A=*

Attached Exh. #1 (r)

MEDICAL CENTER

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Documents (continued)**

2023-10-23 23:04 CDT - +14646467623 PAGE 6/

**Emergency Medical Services Authority - East**
Patient Care Record

**Name:** WILLIAMS, MILTON **Incident #:** 23294558 **Date:** 10/23/2023 Patient 1 of 1

**Provider Signatures**

| | | | |
|---|---|---|---|
| **Lead Provider** | ESSEX, DYLAN | **Certification Level** | 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674; 2009 Emergency Medical Technician (EMT) (Oklahoma) - 79674 |
| **Provider** | | **Certification Level** | |
| **Provider** | | **Certification Level** | |
| **Provider** | | **Certification Level** | |

Run Number: 23-E-245509
Hospital Chart Number: 417833147

Page 6 of 7

10/23/2023 18:03:53
PCRID: c7b33334-159b-42dc-ba73-b0a400ff55b4
Electronically Signed by: ESSEX, DYLAN
Template Version: PCR-EXTRACT-1.3.1
Data Version: AAAAABEII+A=

Printed on 7/9/25 11:20 AM Page 18

(Attached Exh. #50 (5))

| | OSU MEDICAL CENTER | Williams, Milton |
|---|---|---|
| **OSU** \| **MEDICAL CENTER** | 744 WEST 9TH STREET<br>TULSA OK 74127-9020 | MRN: 71080102, DOB: ▓▓▓▓▓, Legal Sex: M<br>Adm: 10/23/2023, Disch: 10/23/2023 |

---

### 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

**Documents (continued)**

---

023-10-23 23:04 CDT -                                                        +14646467623    PAGE 7/

**Emergency Medical Services Authority - East**
Patient Care Record
Name: WILLIAMS, MILTON                    Incident #: 23294558            Date: 10/23/2023    Patient 1 of 1

**EMSA** — CMS and OSDH Required Facility Signature

I am a representative of the institution named elsewhere in this patient care form. I certify that our institution has furnished or will furnish care or other services to the above-named patient. In the event the patient or another authorized representative cannot sign this report, I hereby sign on the patient's behalf to permit EMSA to submit a claim for its services to Medicare. My signature is not an acceptance of financial responsibility for the patient. Further, I am signing this to acknowledge that the patient and pertinent information about the patient was received by our institution pursuant to Oklahoma State Department of Health Regulations 310:641-3-63 1.B

Facility Representative and Licensure Level- Printed

Facility Representative- Signature

Run Number: 23-E-245509                    Page 7 of 7                    10/23/2023 13:03:53
Hospital Chart Number: 417533147                                         PCR ID: c7b33334-169b-42dc-ba73-b0a400ff95b4
                                                                         Electronically Signed by: ESSEX, DYLAN
                                                                         Template Version: PCR-EXTRACT-1.3.1
                                                                         Data Version: AAAAABEtrA=

---

(Attached Exh. #1 (+))

OSU MEDICAL CENTER
744 WEST 9TH STREET
TULSA OK 74127-9020

Williams, Milton
MRN: 71080102, DOB: [redacted], Legal Sex: M
Adm: 10/23/2023, Disch: 10/23/2023

## 10/23/2023 - ED in OSU HOSPITAL EMERGENCY (continued)

### Documents (continued)

10/23/23, 11:16 PM Coverage Details

OKLAHOMA Health Care Authority — Provider Portal

My Home Eligibility Claims Prior Authorizations Referrals Letters Resources Switch Provider

Eligibility Verification | Treatment History

Contact Us | Logout

> Coverage Details — Monday 10/23/2023 11:16 PM CST

**Clerk for** OSU MEDICAL CENTER **Role IDs** Provider In Network - 1576704938 (NPI)

**Print Preview**
**Display Member ID Card**

**Coverage Details for Member ID 900043068 - ERNEST TAYLOR from 10/23/2023 to 10/23/2023** — Back to Eligibility Verification Request

**NOTICE: There is no copay due for this member.**

**NOTICE: Member's medical benefits will end soon. Please advise them to reapply.**

Effective/End dates are shown only for the period of time requested.

**Verification Number** 23296KKWPR - 10/23/2023 - Status: A

**Please click on the following link to begin the process to establish eligibility for this member –** Notification of Date of Service

Expand All | Collapse All

**Eligibility**

| Coverage | Effective Date | End Date |
|---|---|---|
| SoonerCare I.H.S./A.S.O. | 10/23/2023 | 10/23/2023 |
| Non Emergency Transportation | 10/23/2023 | 10/23/2023 |
| Mental Health and Substance Abuse | 10/23/2023 | 10/23/2023 |
| Expansion Healthy Adult Program | 10/23/2023 | 10/23/2023 |

**Managed Care Information**

| Provider Name | Provider Phone | Health Plan Name | Health Plan Phone |
|---|---|---|---|
| CLAREMORE INDIAN HOSPITAL | 1-918-342-6200 | | |

**Visits**

| Service | Last Service |
|---|---|
| Emergency | 05/23/2022 |

**TPL**

Click '+' to add a row.

| Carrier Name (Carrier ID) | Policy Number | Group ID (Employer ID) | Policy Holder (Relationship) | Policy Type | Coverage Type | Rx-BIN | Rx-PCN | Effective | End |
|---|---|---|---|---|---|---|---|---|---|

[+] Click to expand

R4.2 © 2023 Gainwell Technologies. All rights reserved. | Privacy Notice

https://www.ohcaprovider.com/hcp/provider/Eligibility/VerifyEligibility/CoverageDetails/tabid/240/Default.aspx?p114=VerifyEligibility&p15=%2fhcp%2fpr... 1/1

(Attached Exh # 2(a))

020028

MEDICAL CENTER

## Other Accounts Detail

**Account Message**: This is an attempt to collect a past due amount. If your payment in full is not received by our office by the due date on this statement, your account may be placed with a collection agency.

Patient Name: Williams,Milton | Account Number: [redacted] | Date of Service: 10/23/23-10/23/23
Type of Account: Emergency | Primary Insurance Coverage: OK Medicaid - SoonerCare | Secondary Insurance Coverage:

| Date of Service | Description | Charges | Pmts/Adjs | Patient Balance |
|---|---|---|---|---|
| 10/23/23 | Previous Charges | $4,669.33 | | |
| | Oklahoma Medicaid Payments | | -$660.53 | |
| | Oklahoma Medicaid Adjustments | | -$4,004.80 | |
| | Patient Adjustments | | -$4.00 | |
| | **Account balance** | | | **$0.00** |

**Account Message**: Our records indicate that your account is seriously past due. Please remit your payment to avoid collections.

Patient Name: Williams,Milton | Account Number: [redacted] | Date of Service: 12/03/23-12/03/23
Type of Account: Emergency | Primary Insurance Coverage: OK Medicaid - SoonerCare | Secondary Insurance Coverage:

| Date of Service | Description | Charges | Pmts/Adjs | Patient Balance |
|---|---|---|---|---|
| 12/03/23 | Previous Charges | $3,682.99 | | |
| | Oklahoma Medicaid Payments | | -$485.03 | |
| | Oklahoma Medicaid Adjustments | | -$3,193.96 | |
| | **Account balance** | | | **$4.00** |
| | **Other Accounts Totals** | **$8,352.32** | **-$8,348.32** | **$4.00** |

(Attached Exh. #3(b))

018204

MEDICAL
CENTER

## Other Accounts Detail

**Account Message:** Our records indicate that your account is seriously past due. Please remit your payment to avoid collections.

| Patient Name: Williams,Milton | Account Number: [redacted] | Date of Service: 10/23/23-10/23/23 |
|---|---|---|
| Type of Account: Emergency | Primary Insurance Coverage: OK Mediciaid - SoonerCare | Secondary Insurance Coverage: |

| Date of Service | Description | Charges | Pmts/Adjs | Patient Balance |
|---|---|---|---|---|
| 10/23/23 | Previous Charges | $4,669.33 | | |
| | Oklahoma Medicaid Payments | | -$660.53 | |
| | Oklahoma Medicaid Adjustments | | -$4,004.80 | |
| | **Account balance** | | | **$4.00** |

**Account Message:** As of the statement date, we have not received payment in full on your account. If payment has been made, please accept our thanks. **If payment has not been made**, payment is necessary to bring your account current.

| Patient Name: Williams,Milton | Account Number: [redacted] | Date of Service: 12/03/23-12/03/23 |
|---|---|---|
| Type of Account: Emergency | Primary Insurance Coverage: OK Mediciaid - SoonerCare | Secondary Insurance Coverage: |

| Date of Service | Description | Charges | Pmts/Adjs | Patient Balance |
|---|---|---|---|---|
| 12/03/23 | Previous Charges | $3,682.99 | | |
| | Oklahoma Medicaid Payments | | -$485.03 | |
| | Oklahoma Medicaid Adjustments | | -$3,193.96 | |
| | **Account balance** | | | **$4.00** |
| | **Other Accounts Totals** | **$8,352.32** | **-$8,344.32** | **$8.00** |



(Attached Exh. #3(a))

PATIENT ACCOUNT STATEMENT

Check box if you made address or insurance changes on the reverse side.

ASCENSION ST. JOHN MEDICAL CENTER
PO BOX 42008
Phoenix, AZ 85080-2008

| DATE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| 12/02/2024 | [redacted] | $2.70 |

Page 1 of 1

Indicate Amount Paid $

RETURN MAIL ONLY

Scan with mobile device to pay

If amount paid is not indicated, payment will be processed for current balance.

Make Check Payable and Mail To:

MILTON WILLIAMS
444 W LATIMER ST APT 209
TULSA, OK 74106-5102

ASCENSION ST. JOHN MEDICAL CENTER
DEPT 606
TULSA, OK 74182

**Insurance on file**

MEDICAID/OKLAHOMA

| PATIENT NAME | ACCOUNT NO. | DATE OF SERVICE | STATEMENT DATE |
|---|---|---|---|
| MILTON WILLIAMS | [redacted] | 10/11/2024 | 12/02/2024 |

| ADMIT DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11/2024 | Laboratory Services | $290.75 |
| 10/11/2024 | CT Scan Services | $2,489.00 |
| 10/11/2024 | Emergency Room Services | $1,350.00 |
| | **TOTAL CHARGES** | **$4,129.75** |
| | **INSURANCE PAYMENTS/ADJUSTMENTS** | **$(4,127.05)** |
| | **PATIENT PAYMENTS** | **$0.00** |
| | **PATIENT RESPONSIBILITY** | **$2.70** |

**An easier, more convenient way to pay**

You can now pay your Ascension St. John Medical Center hospital bill online at ascension.org/hospitalbill

- Make payments in minutes
- View your current bill and payment history
- Manage Hospital bills for your whole family, all in one place

**Physician Billing**

This statement represents only the hospital bill. Charges for pathologists, radiologists, anesthesiologists, oncologists, emergency department physicians, surgeons, cardiologists and/or consultants ordered by your physician will be billed separately.

**Scan with mobile device to webchat with a customer service representative**

The balance represents the current amount due. The balance is due upon receipt of this statement. If you are unable to pay the balance due in full, please contact our office for payment arrangements. Ascension St. John provides financial assistance to those who qualify; you may visit https://healthcare.ascension.org/Financial-Assistance/Oklahoma for additional information.

PLEASE PAY NOW **$2.70**

**Ways to Pay**

ascension.org/hospitalbill

Call 800-298-8329 for billing questions or to pay a bill by phone

Return payment stub above along with a check

D101

Office Hours: Mon-Fri 8:00AM - 5:00PM (CST)

ASCENSION ST. JOHN MEDICAL CENTER DEPT 606 TULSA, OK 74182

Customer Service: 800-298-8329

Your Name ______________________ Spouse's Name ______________________

Your Address ______________________ Phone or Email ______________________

City ______________________ State __________ Zip __________

Employer/Employer Address ______________________ Business Phone ______________________

Insurance Company ______________________ Policy Number ______________________

Insurance Company Address ______________________

Exh. #3(b)

Check box if you made address or insurance changes on the reverse side.

ASCENSION ST. JOHN MEDICAL CENTER
PO BOX 42008
Phoenix, AZ 85080-2008

MasterCard VISA AMERICAN EXPRESS DISCOVER

| DATE | ACCOUNT NUMBER | AMOUNT |
|---|---|---|
| 11/02/2024 | [redacted] | $2.70 |

Page 1 of 1

Indicate Amount Paid $

RETURN MAIL ONLY

Scan with mobile device to pay

If amount paid is not indicated, payment will be processed for current balance.

Make Check Payable and Mail To:

MILTON WILLIAMS
444 W LATIMER ST APT 209
TULSA, OK 74106-5102

ASCENSION ST. JOHN MEDICAL CENTER
DEPT 606
TULSA, OK 74182

Insurance on file

MEDICAID/OKLAHOMA

| PATIENT NAME | ACCOUNT NO. | DATE OF SERVICE | STATEMENT DATE |
|---|---|---|---|
| MILTON WILLIAMS | [redacted] | 10/11/2024 | 11/02/2024 |

| ADMIT DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/11/2024 | Laboratory Services | $290.75 |
| 10/11/2024 | CT Scan Services | $2,489.00 |
| 10/11/2024 | Emergency Room Services | $1,350.00 |
| | **TOTAL CHARGES** | **$4,129.75** |
| | **INSURANCE PAYMENTS/ADJUSTMENTS** | **$(4,127.05)** |
| | **PATIENT PAYMENTS** | **$0.00** |
| | **PATIENT RESPONSIBILITY** | **$2.70** |

**An easier, more convenient way to pay**

You can now pay your Ascension St. John Medical Center hospital bill online at ascension.org/hospitalbill

- Make payments in minutes
- View your current bill and payment history
- Manage Hospital bills for your whole family, all in one place

**Physician Billing**

This statement represents only the hospital bill. Charges for pathologists, radiologists, anesthesiologists, oncologists, emergency department physicians, surgeons, cardiologists and/or consultants ordered by your physician will be billed separately.

Scan with mobile device to webchat with a customer service representative

Thank you for selecting ASCENSION ST. JOHN MEDICAL CENTER as your health care provider. As a courtesy, we have billed all insurance that was provided at the time of service. The balance noted has been determined to be your responsibility and payment is due upon receipt of this statement. If you are unable to pay the balance due in full, please contact our office for arrangements. Ascension St. John provides financial assistance to those who qualify; you may visit https://healthcare.ascension.org/Financial-Assistance/Oklahoma for additional information. If you think the bill is inaccurate, please notify our office immediately.

PLEASE PAY NOW **$2.70**

**Ways to Pay**

ascension.org/hospitalbill

Call 800-298-8329 for billing questions or to pay a bill by phone

Return payment stub above along with a check

Office Hours: Mon-Fri 8:00AM - 5:00PM (CST)

D100

Your Name ____________________ Spouse's Name ____________________

Your Address ____________________ Phone or Email ____________________

City ____________________ State __________ Zip __________

Employer/Employer Address ____________________ Business Phone ____________________

Insurance Company ____________________ Policy Number ____________________

Insurance Company Address ____________________

(Attached Exh. #4(a))

# Your Next Steps

**Do**

- ☐ Pick up these medications from WALGREENS DRUG STORE #03771 - TULSA, OK - 7111 S LEWIS AVE AT 71ST & LEWIS
  - oxyCODONE-acetaminophen

**Other instructions**

Call provider for:
Wound complications
Increased calf swelling and/or pain
Any concerns or problems

---

Call provider for: persistent nausea or vomiting

---

Call provider for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)

---

Call provider for: severe uncontrolled pain

---

Change dressing
Once showering, may clean wound w antibacterial soap
NO baths/pools/hot tubs/etc....ONLY showers

---

Commode Privileges

---

Discharge activity - driving restrictions
No driving unless instructed that it is ok to drive
No driving while taking narcotics

---

Follow-up in 2 weeks
Follow up with PA in 2 weeks

---

May Shower
No baths, pools, hottubs, lakes, etc until released
Clean area with antibacterial soap if there is no splint present and the dressing has been removed

---

Post-Discharge Dressing Care (Specify Details)
May change the dressing if there is drainage
Call w any dressing questions
Arthroscopic surgery dressings may be changed on post op day 3 and done daily
May shower after the first dressing change
No baths, pools, lakes, etc or submerging the wound in water
If splint is present, DO NOT remove the dressing
Instructions for follow-up:
F/u in 14-17days in the office with Clint Cator PA; Call office if there are any wound problems

---

Up as Tolerated

---

Weight Bearing
WBAT unless there has been a fracture repaired and then the patient is to be NO WEIGHT BEARING on the affected extremity

# What's Next

**Follow up with Follow-up in 2 weeks**
Follow up with PA in 2 weeks

(Attached Exh #4(b))

**Arm Fracture in Adults**

**WHAT YOU NEED TO KNOW:**

An arm fracture is a crack or break in one or more of the bones in your arm.

Adult Arm Bones

**DISCHARGE INSTRUCTIONS:**

**Return to the emergency department if:**

- The pain in your injured arm does not get better or gets worse, even after you rest and take medicine.
- Your injured arm, hand, or fingers feel numb.
- Your arm is swollen, red, and feels warm.
- Your skin over the fracture is swollen, cold, or pale.
- You cannot move your arm, hand, or fingers.

**Call your doctor if:**

- You have a fever.

(Attached Exh. #4 (c))

# AFTER VISIT SUMMARY

**Milton Williams** MRN: 0002572933 DoB: 7[redacted]

9/29/2025 Hillcrest Medical Center Emergency Room 918-579-1000

## Instructions

You were evaluated in the emergency department for evaluation of right arm fracture. Please follow up closely with your primary care provider for ongoing care and further management. Do not hesitate to return to the emergency department if you experience any new or worsening symptoms. Thank you for allowing us to be part of your care.

**Read the attached information**

Arm Fracture in Adults (AfterCare(R) Instructions(ER/ED)) (English)

**Call Chad E Crawley, DO today**

Why: for appointment
Specialty: Orthopedic Surgery
Contact: 1809 E 13 St #200
Tulsa OK 74104
918-579-2300

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You were seen by R Kiehl

**Reason for Visit**

- Arm Injury
- Fall

**Diagnoses**

- Closed fracture of olecranon process of right ulna, initial encounter
- Closed head injury, initial encounter

**Imaging Tests**

CT Head Without Contrast

Blood Pressure 192/81

Temperature 97.5 °F

Pulse 61

Respiration 16

Oxygen Saturation 97%

## MyChart

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.
Go to https://mychart.hillcrest.com, click "Sign Up Now", and enter your personal activation code: **7RK5X-V8GB3-VN9B9**
**Expires: 10/13/2025 1:16 PM**

(Attached Exh. #4(a))

# Changes to Your Medication List

## ASK your doctor about these medications

**amLODIPine** 10 mg tablet
Commonly known as: NORVASC

---

**gabapentin** 400 mg capsule
Commonly known as: NEURONTIN

### Pneumonia Vaccine

You may meet the criteria for the pneumonia vaccine but did not receive one during this hospital stay. Please follow up with your primary care provider, local pharmacy or state healthcare provider to determine if you should take this vaccine.

(Attached Exh. #4(e))

## Medication List

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| CONTINUE **amLODIPine** 10 mg tablet<br>Commonly known as: NORVASC<br>Next Dose Due: | ✓ 1 tablet | | | | |
| CONTINUE **gabapentin** 400 mg capsule<br>Commonly known as: NEURONTIN<br>Next Dose Due: | ✓ 1 capsule | | ✓ 1 capsule | ✓ 1 capsule | |
| CHANGE * **oxyCODONE-acetaminophen** 5-325 mg per tablet<br>Commonly known as: PERCOCET<br>Take 1 tablet by mouth every 4 (four) hours if needed for moderate pain (4-6) for up to 7 days.<br>What changed: **Another medication with the same name was added. Make sure you understand how and when to take each.**<br>Next Dose Due: | | | | | ✓ 1 tablet |
| CHANGE * **oxyCODONE-acetaminophen** 5-325 mg per tablet<br>Commonly known as: Percocet<br>Take 1 tablet by mouth every 4 (four) hours if needed for severe pain (7-10) (acute postop pain) for up to 7 days.<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.**<br>Next Dose Due: | | | | | ✓ 1 tablet |

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

## Where to pick up your medications

**Pick up these medications at WALGREENS DRUG STORE #03771 - TULSA, OK - 7111 S LEWIS AVE AT 71ST & LEWIS**

oxyCODONE-acetaminophen

Address: 7111 S LEWIS AVE, TULSA OK 74136-5402
Phone: 918-481-0666

## About Your Hospitalization

You were admitted on: October 6, 2025

You last received care in the: HHS Main Operating Room
Unit phone number: 918-294-4000

(Attached Exh. #4 (F))

# Reason for Hospitalization

Your primary diagnosis was: Broken Arm

**Performed Procedures & Surgeries**

Procedure(s) (LRB):
OPEN REDUCTION INTERNAL FIXATION (ORIF) ELBOW (Right)

Surgeon(s):
Chad E Crawley, DO
performed on
10/6/2025

--------------------

The information in this after visit summary is up to date as of: 10/6/2025 4:42 PM.

# Your Allergies

Date Reviewed: **10/6/2025**

No active allergies

# MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.hillcrest.com/**, click "Sign Up Now", and enter your personal activation code: **7RK5X-V8GB3-VN9B9**. Activation code expires 10/13/2025.

# Daisy Award

**Nominate a Nurse for Exceptional Care**

The DAISY award is an international recognition program started in memory of J. Patrick Barnes. Pat's family experienced first-hand the difference his nurses made in his care through clinical excellence and outstanding compassionate care. The family created the DAISY award to express gratitude to nurses and to enable other patients, families, and staff to thank and honor their special nurses.

Please visit DAISYFoundation.org to learn more about Pat's story and how The DAISY Award recognizes Extraordinary Nurses.

Scan this QR code to complete the form to share your story of how a nurse made a difference in your care or that of someone you know.



# ITEM REMOVED

- [x] CD/DVD
- [ ] FLASH DRIVE
- [ ] WALLET DRIVE
- [ ] OTHER:______________________

The above referenced item has been removed from this filing and has been filed separately.

(ATTACHED EXH. #5)



NEWS CONTACT English

(Affaint's Copy)

MetroLink TULSA

EXHIBIT #6(a)

HOME > ADA COMPLAINT FORM

## Discrimination Complaint Form

Step 1 of 2

50%

Please provide the following information necessary in order to process your complaint. Assistance is available upon request. Upon completion this form will be emailed to **info@tulsatransit.org**, TULSA TRANSIT, Civil Rights Officer, 510. S Rockford Avenue, Tulsa, OK 74120

COMPLAINANT'S NAME *(REQUIRED)*
Milton Veran Williams

ADDRESS *(REQUIRED)* Street Address: 444 West Latimer Street; Apt. #209
City: Tulsa
State: Oklahoma
ZIP Code: 74106

TELEPHONE NO. (HOME) *(REQUIRED)*
(918) 568-8648

TELEPHONE NO. (WORK)
(539) 525-2920 (Friend Micheal Ball)

**Person Filling Out Form (If Other Than Complainant)**

ADDRESS Street Address: 444 West Latimer street; Apt. #209
City: Tulsa
State: Oklahoma
ZIP Code: 74106

DATE OF THE INCIDENT *(REQUIRED)* mm/dd/yyyy 10/23/2023
Date file Grievance; 01/23/2024

FORM *(REQUIRED)*
☒ ADA Rights
☒ Title VI Rights

RIGHTS VIOLATED *(REQUIRED)*
☒ Race
☐ Color
☐ National Origin

DESCRIBE HOW YOUR RIGHTS WERE VIOLATED. WHAT HAPPENED AND WHO WAS RESPONSIBLE? *(REQUIRED)*
On 10/23/2023, at or about 1:50PM, Tulsa Transit (Black Female) (110 Inbound) driver refused me a ride at Main St. with a valid 31 day (Reduce Fare) bus pass to no fault of myself.

0 of 150 max characters

Exhibit # 6(b)

(Continued From Rights and/or Violations Violated:

1) I was told by the 110 (Inbound) (Black Female Driver) that my (Reduce Fare Card) expired on 08/31/2023, but I informed that that was the date I purchased it (Reduce Fare Card) and that I lived in Oklahoma City, Oklahoma with (Ms. Eva M. Scott) (405-219-5079) (740 N.W. 122nd St. 73114; (Greenwood Estates) until 2022 and could not have purchased a (Reduce Fare Card) in Tulsa, OK.;

2) The said 110 (Female Driver), told me to either pay cash, get off the bus, and that I could not use my 31 day Refuse Fare bus pass, albeit I explained that I recently purchased my (Reduce Fare Card) (08/31/2023) and that it was valid for 3 years prior to date purchase (08/31/2023) and did not expire until (08/31/2027);

3) I called Tulsa Transit (Customer Service) immediately after I ordered off on 10/23/2023 at or about 1:45PM and was told to try to walk downtown by a White Female and that it would be corrected;

4) After finally makin it downtown walking under duress, I collapse in the lobby of the downtown terminal and was rush by EMSA to the O.S.U. Medical Center. (See attached Exh. #1)

5) I took a picture of the original issued (08/31/2023) (Reduce Fare Card) on 10/23/2025 on my phone and the same (Hispanic) Tulsa Transit (Downtown) (Attendant) took the original (Reduce Fare Card) and put it in a shredder to nondisclose her mistake and later issued me a second (Reduce Fare Card) on 10/31/2023, alleging that I didn't and/or couldn't keep said 'incorrectly' dated (Reduce Fare Card); (See attached Exh. #2

Damages Sustained on 10/23/2023:

a) Right knee Replacement;
b) Pain and Suffering;
c) Mental Health Damages

NEWS CONTACT English

MetroLink
TULSA

(EX#) #7(a)(07/09/2025)(Filed Grievance)

HOME > ADA COMPLAINT FORM

## Discrimination Complaint Form

Step 1 of 2

50%

Please provide the following information necessary in order to process your complaint. Assistance is available upon request. Upon completion this form will be emailed to **info@tulsatransit.org**, TULSA TRANSIT, Civil Rights Officer, 510. S Rockford Avenue, Tulsa, OK 74120

COMPLAINANT'S NAME *(REQUIRED)*
Milton Veran Williams

ADDRESS *(REQUIRED)* Street Address 444 West Latimer Street; Apt. #209
City Tulsa State Oklahoma
ZIP Code 74106

TELEPHONE NO. (HOME) *(REQUIRED)*
(918) 568-8648

TELEPHONE NO. (WORK)
(539) 525-2920 (Friend Micheal Ball)

**Person Filling Out Form (If Other Than Complainant)**

ADDRESS Street Address 444 West Latimer Street; Apt. #209
City Tulsa State Oklahoma
ZIP Code 74106

DATE OF THE INCIDENT *(REQUIRED)* mm/dd/yyyy 10/23/2023
Date filed grievance #2 07/09/2025

FORM *(REQUIRED)*
☒ ADA Rights
☒ Title VI Rights

RIGHTS VIOLATED *(REQUIRED)*
☒ Race
☐ Color
☐ National Origin

DESCRIBE HOW YOUR RIGHTS WERE VIOLATED. WHAT HAPPENED AND WHO WAS RESPONSIBLE? *(REQUIRED)*
On 10/23/2023, at or about 1:50 PM, Tulsa Transit (110) driver refused me a ride at Main Street and Latimer Street with a valid 31 day (Reduce Fare) bus pass to no fault of myself.

0 of 150 max characters

(See Back Page)

(EXH. # 1(b))

Continued From Violation's (Front Page

(Continued from Rights and/or Violations Violated)

1) I was told by the 110 (Inbound)(Black Female Driver) that my (Reduce Fare) card expired on 08/31/2023 and I corrected her that that was the date that I purchase the (Reduce Fare Card).

2) She told me to either walk and/or get off the bus. She said that I could not use my 31 day bus card, albeit I explaid that I purchased my (Reduce Fare Card) on 08/31/2023 and that it was valid for 3 years prior to date of purchase (08/31/2023);

3) I was forced to walk downtown under chronic medical conditions, collaspe at the bus terminal, rush by EMSA to Oklahoma State Medical Center Emergency

4) The Tulsa Transit Downtown (Hispanic)(Female) attendant took the (Reduce Fare Card) that she issued me on (08/31/2023) and put it in the sheedder in the downtown terminal to nondisclose her mistake on (10/23/2023) and issued me a new one on (10/27/2023). (see attached Exhibit #2);

5) I took a picture of the original (Reduce fare Card) on (10/23/2023) on my phone;

6) After being ran around for (3) three month after said incident, I filed a certified mail grievance to 510 South Rockford Ave. that was received 01/26/2024, but never responded. (See attached Exhibit #3

Damage Sustained:

a) Need Right knee Replacement; (See attached Exh. #1)

b) Cost reimburse for EMSA ride to O.S.U Medical Center; and

c) Mental Health Damages for intentionally denial to address

(Affaint Copy) (Mailed Certified Mail (01/23/2024))

EXHIBIT #7(d)

NEWS CONTACT

OFFICER

MetroLink TULSA

0 of 30 max characters

WHERE DID THE INCIDENT TAKE PLACE? PLEASE PROVIDE LOCATION, BUS NUMBER, DRIVER'S NAME, TIME, ETC. *(REQUIRED)*

Main St. and Latimer St., Bus 110 (Inbound), (Black Female), at or about 1:45 PM, based on mistake made by downtown Hispanic (Female) attendant placing incorrect expiration date on Reduce fare card of date purchase of (08/21/2023). Had to be rushed by EMSA at the downtow terminal after being force to walk downtown, with chronic health condition; collapse at Tulsa Metro Link downtown terminal at 319 South Denver Ave.

0 of 150 max characters

NEXT

TULSA

CONTACT CAREERS EEO WEBSITE USAGE

NEWS CONTACT

OFFICER

MetroLink TULSA

0 of 30 max characters

WHERE DID THE INCIDENT TAKE PLACE? PLEASE PROVIDE LOCATION, BUS NUMBER, DRIVER'S NAME, TIME, ETC. *(REQUIRED)*

10/23/2023 at Main Street and Latimer Street, Bus 110 (Inbound) at or about 1:45PM (Female Driver) based on mistake made by downtown (Hispanic (Female)) attendant placing incorrect

0 of 150 max characters

expiration date on Reduce Fare Card of date purchased

NEXT

(08/31/2023). Had to be rush by EMSA after being force to walk downtown, falling out and as a result need ~~a~~ knee replacement (right) Knee.

TULSA

CONTACT CAREERS EEO WEBSITE USAGE

(Attached Exh #6)

# USPS Tracking®

FAQs >

Tracking Number:

Remove X

## 9589071052702892346256

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:48 pm on July 21, 2025 in TULSA, OK 74120.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

TULSA, OK 74120
July 21, 2025, 12:48 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Enter tracking or barcode numbers