# United States District Court
## for the Northern District of Oklahoma

Case No. 25-cv-569-JDR-CDL

MILTON VERAN WILLIAMS,

*Plaintiff*,

versus

TULSA TRANSIT; TULSA METRO LINK; SCOTT MARR; CITY OF TULSA; JANE DOE I; *and* JANE DOE II,

*Defendants*.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Opinion and Order filed contemporaneously herewith, the Court concludes that judgment in this matter should be entered in favor of Defendants Tulsa Transit, Tulsa Metro Link, Scott Marry, City of Tulsa, and Jane Does I and II.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment for Defendants and against Plaintiff is hereby entered in this matter.

DATED this 4th day of December 2025.

JOHN D. RUSSELL
*United States District Judge*