IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
DEC 11 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

MILTON VERAN WILLIAMS, )
  Plaintiff, )
 )
vs. ) Case No. 25-CV-569-JDR-CDL
 )
TULSA TRANSIT; TULSA METRO LINK; )
SCOTT MARR; CITY OF TULSA; )
JANE DOE I; and JANE DOE II, )
  Defendant(s). )

## NOTICE OF INTENT TO APPEAL DECEMBER 4th JUDGEMENT AT DOC. NO. 7

COMES NOW, Plaintiff (Milton Veran Williams) (pro se), files the foregoing Notice of Intent to Appeal Doc. No. 7 (Judgment) for grounds set forth on Appeal.

Wherefore, pursuant to pertinent rules for appeal, Plaintiff files Notice of Appeal. (See attached Judgment).

Page 1 of 2

Forms given

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____

Plaintiff(s)

v.   Civil Action No. _____

_____

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                *Signature of Clerk or Deputy Clerk*

## CERTIFICATE OF MAILING

I, hereby certify, that a true and corrected copy of the foregoing pleading was served on the Clerk of the Court on the 11th day of December, 2025, hand delivered

cc: Tulsa Transit; City of Tulsa; Scott Marr

*Milton V. Williams*
Milton Veran Williams
444 West Latimer St., Apt. 205
Tulsa, OK 74106
miltonwilliams929@gmail.com

Page 2 of 2

VOID THIS SIDE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# United States District Court
## for the Northern District of Oklahoma

Case No. 25-cv-569-JDR-CDL

MILTON VERAN WILLIAMS,

                                                                                                      *Plaintiff*,

versus

TULSA TRANSIT; TULSA METRO LINK; SCOTT MARR; CITY OF TULSA; JANE DOE I; *and* JANE DOE II,

                                                                                                       *Defendants*.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Opinion and Order filed contemporaneously herewith, the Court concludes that judgment in this matter should be entered in favor of Defendants Tulsa Transit, Tulsa Metro Link, Scott Marry, City of Tulsa, and Jane Does I and II.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment for Defendants and against Plaintiff is hereby entered in this matter.

DATED this 4th day of December 2025.

                                                            JOHN D. RUSSELL
                                                           *United States District Judge*